KATHLEEN A. LEAVITT  E-FILED 01/19/2011
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>JIMMA ADAN<br><br>**Debtor**<br>**Attorney for Debtor:**<br>HAINES & KRIEGER L.L.C. | CASE NO: BKS-09-25743-BTB<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before February 18, 2011. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U.S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

JIMMA ADAN

Page 2 of 5
BKS-09-25743-BTB

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **American Express**<br>C/O BECKET AND LEE<br>Po Box 3001<br>Malvern, PA  19355 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX9813 |
| | **TRUSTEE CLAIM# 00002 / COURT CLAIM #** | | |
| **AMERICAN GENERAL FINANCE**<br>6820 W SAHARA AVE STE 9<br>LAS VEGAS, NV  89146 | $4,617.24<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 100.00% TO BE PAID | 1330 |
| | **TRUSTEE CLAIM# 00003 / COURT CLAIM # 1** | | |
| **Amex**<br>Po Box 297871<br>Fort Lauderdale, FL  33329 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXXXX3613 |
| | **TRUSTEE CLAIM# 00004 / COURT CLAIM #** | | |
| **Appollo Collections**<br>4225 Fidus Dr Ste 203<br>Las Vegas, NV  89103 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | X8198 |
| | **TRUSTEE CLAIM# 00005 / COURT CLAIM #** | | |
| **Ballys**<br>8700 West Bryn Mawr<br>Chicago, IL  60631 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX7006 |
| | **TRUSTEE CLAIM# 00006 / COURT CLAIM #** | | |
| **CANDICA LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | $1,441.82<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 100.00% TO BE PAID | 1511 |
| | **TRUSTEE CLAIM# 00007 / COURT CLAIM # 11** | | |
| **Cap One**<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA  30091 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX9371 |
| | **TRUSTEE CLAIM# 00008 / COURT CLAIM #** | | |
| **CAPITAL ONE BANK (USA) NA**<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA  30091 | $1,076.87<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 100.00% TO BE PAID | 9750 |
| | **TRUSTEE CLAIM# 00009 / COURT CLAIM # 9** | | |
| **CHASE AUTO**<br>ONE FIRST NATL PLAZA<br>CHICAGO, IL  60670 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX0695 |
| | **TRUSTEE CLAIM# 00010 / COURT CLAIM #** | | |
| **CHECK CITY**<br>4035 SOUTH DURANGO DRIVE #104<br>LAS VEGAS, NV  89147 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00011 / COURT CLAIM #** | | |
| **Check Plus**<br>PO Box 33698<br>San Antonio, TX  78265-3698 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00012 / COURT CLAIM #** | | |

JIMMA ADAN

Page 3 of 5
BKS-09-25743-BTB

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **CITIFINANCIAL AUTO LTD**<br>PO BOX 182287<br>COLUMBUS, OH  43218 | $9,302.33<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 100.00% TO BE PAID | XXXXXXXXX9459 |
| | **TRUSTEE CLAIM# 00013 / COURT CLAIM # 2** | | |
| **Citi Auto**<br>2208 Hwy 121 Ste 100<br>Bedford, TX  76021 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXX1501 |
| | **TRUSTEE CLAIM# 00014 / COURT CLAIM #** | | |
| **PRA RECEIVABLES MANAGEMENT LLC**<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>CITIBANK (SOUTH DAKOTA) NA (THE HOME DEPOT)<br>PO BOX 12914 | $573.52<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 100.00% TO BE PAID | 1643 |
| | **TRUSTEE CLAIM# 00015 / COURT CLAIM # 8** | | |
| **Credit Control Corp**<br>11821 Rock Landing Dr<br>Newport News, VA  23606 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX0195 |
| | **TRUSTEE CLAIM# 00016 / COURT CLAIM #** | | |
| **First National Bank of Marin/Credit One**<br>Customer Service<br>Po Box 98873<br>Las Vegas, NV  89193 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX6791 |
| | **TRUSTEE CLAIM# 00018 / COURT CLAIM #** | | |
| **FIRST PREMIER BANK**<br>900 DELAWARE SUITE 7<br>SIOUX FALLS, SD  57104 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX0141 |
| | **TRUSTEE CLAIM# 00019 / COURT CLAIM #** | | |
| **PRA RECEIVABLES MANAGEMENT LLC**<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>GE MONEY BANK (JC PENNEY)<br>PO BOX 12914<br>NORFOLK, VA  23541 | $925.59<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 100.00% TO BE PAID | 6379 |
| | **TRUSTEE CLAIM# 00020 / COURT CLAIM # 7** | | |
| **Hsbc Bank**<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL  60197 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX0743 |
| | **TRUSTEE CLAIM# 00021 / COURT CLAIM #** | | |
| **UNITED STATES TREASURY**<br>SPECIAL PROCEDURES<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,541.53<br>AT 0.00% INT<br>FROM | IRS PRTY<br><br>EXACTLY 100.00% TO BE PAID | XXXXX2008 |
| | **TRUSTEE CLAIM# 00022 / COURT CLAIM # 3** | | |
| **JC Penney**<br>PO Box 960090<br>Orlando, FL  32896 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXX7-91 |
| | **TRUSTEE CLAIM# 00023 / COURT CLAIM #** | | |
| **Mmca/c1**<br>Attention:  Banktruptcy Department<br>3120 Rider Trail S<br>Earth City, MO  63045 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXX0546 |
| | **TRUSTEE CLAIM# 00024 / COURT CLAIM #** | | |

JIMMA ADAN

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **MONEYTREE**<br>PO BOX 58363<br>Seattle, WA 98138 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00025 / COURT CLAIM #** | | |
| **PLUSFOUR INC**<br>6345 S PECOS RD<br>SUITE 212<br>LAS VEGAS, NV 89120 | $349.07<br>AT 0.00% INT<br>FROM | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID | XXX9952 |
| | **TRUSTEE CLAIM# 00026 / COURT CLAIM # 4** | | |
| **Rapid Cash**<br>PO Box 2635<br>Waterloo, IA 50704-2635 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM #** | | |
| **TRS HOME FURNISHINGS 0**<br>681 MARKS ST<br>HENDERSON, NV 89014 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXX1890 |
| | **TRUSTEE CLAIM# 00028 / COURT CLAIM #** | | |
| **VOLKSWAGON CREDIT INC**<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE, IL 60048 | $19,214.95<br>AT 0.00% INT<br>FROM | COLLATERAL SURRENDER<br>0.00% TO BE PAID | 4732 |
| | **TRUSTEE CLAIM# 00030 / COURT CLAIM # 6** | | |
| **Washington Mutual / Providian**<br>Attn: Bankruptcy Dept.<br>Po Box 10467<br>Greenville, SC 29603 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX2285 |
| | **TRUSTEE CLAIM# 00031 / COURT CLAIM #** | | |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR**<br>CMLTI 2007-WFHE2<br>WELLS GARGO BANK NA AS SERVICER FOR | $350,952.98<br>AT 0.00% INT<br>FROM | COLLATERAL SURRENDER<br>0.00% TO BE PAID | XXXXXXXXXXXXXXX6394 |
| | **TRUSTEE CLAIM# 00033 / COURT CLAIM # 5** | | |
| **Ballys**<br>8700 West Bryn Mawr<br>Chicago, IL 60631 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX3003 |
| | **TRUSTEE CLAIM# 00039 / COURT CLAIM #** | | |
| **Capital 1 Bank**<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX7113 |
| | **TRUSTEE CLAIM# 00040 / COURT CLAIM #** | | |
| **Citi Auto**<br>2208 Hwy 121 Ste 100<br>Bedford, TX 76021 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX2201 |
| | **TRUSTEE CLAIM# 00041 / COURT CLAIM #** | | |
| **Credit Control Corp**<br>11821 Rock Landing Dr<br>Newport News, VA 23606 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX0194 |
| | **TRUSTEE CLAIM# 00042 / COURT CLAIM #** | | |

Page 5 of 5
JIMMA ADAN                                                              BKS-09-25743-BTB

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **UNITED STATES TREASURY** <br> SPECIAL PROCEDURES <br> P O BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | $171.16 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00043 / COURT CLAIM # 3** | IRS UNS <br> <br> APPROXIMATELY 100.00% TO BE PAID | PENS |
| **UNITED MODIFICATION CONSULTANTS** <br> 11155 DOLFIELD BLVD SUITE 203 <br> OWINGS MILLS, MD  21117 | $0.00 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00044 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | |
| **LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS** <br> AS ASSIGNEE OF MHC RECEIVABLES LLC <br> C/O RESURGENT CAPITAL SERVICES <br> PO BOX 10587 | $1,058.98 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00047 / COURT CLAIM # 10** | UNSECURED <br> <br> APPROXIMATELY 100.00% TO BE PAID | 6791 |
| **QUEST DIAGNOSTICS** <br> C/O CREDIT BUREAU CENTRAL <br> 2980 S JONES BLVD #A <br> LAS VEGAS, NV  89146 | $628.50 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00049 / COURT CLAIM # 12** | UNSECURED <br> <br> APPROXIMATELY 100.00% TO BE PAID | XXXXXXXXXXXXXXXX <br> XXXXXXXX5266 |
| **CREDIT BUREAU CENTRAL** <br> 2980 S JONES BLVD SUITE A <br> LAS VEGAS, NV  89146 | $213.63 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00050 / COURT CLAIM # 13** | UNSECURED <br> <br> APPROXIMATELY 100.00% TO BE PAID | 7737 |

Dated: 1/19/2011

/s/ ESTHER CARR
for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee